

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Francisco Javier Tafolla, Appellant

No. 06-12-00122-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 16,050). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the imposition of court costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Francisco Javier Tafolla, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 20, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk